**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02124-LTB-CBS

CINDY HESS,

       Plaintiff,

v.

BAY AREA CREDIT SERVICE, LLC, a California limited liability company,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

       THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 20 - filed April 2, 2008), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED: April 3, 2008